IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00265-REB-BNB

PAUL J. MCCALLISTER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant and Counterclaim Plaintiff,

v.

PAUL J. MCCALLISTER, and
MARK A. NICHOLS,

Counterclaim Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff/Counterclaim Defendant's Unopposed Motion to Vacate Hearing on Motion to Compel** (the "Motion"), filed on April 4, 2006.

     IT IS ORDERED that the Motion is GRANTED and the hearing set for Friday, April 7, 2006, is VACATED.

     IT IS FURTHER ORDERED that the **Plaintiff/Counterclaim Defendant's Motion to Compel** (docket no. 23), is DENIED AS MOOT.


DATED:  April 5, 2006