IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-265-REB-BNB

PAUL J. MCCALLISTER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant and Counterclaim Plaintiff,

v.

PAUL J. MCCALLISTER, and
MARK A. NICHOLS,

Counterclaim Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed during the final pretrial conference:

IT IS ORDERED that a revised final pretrial order shall be submitted to the court on or before **June 30, 2006**.

IT IS FURTHER ORDERED that copies of exhibits must be provided to opposing counsel on or before **June 15, 2006**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served by hand delivery or facsimile no later than **June 26, 2006**.

IT IS FURTHER ORDERED that discovery is reopened to and including **August 1, 2006**, solely to allow the deposition of Wade Nichols to be taken. Counsel may attend the deposition by telephone, video-conference, or in person, as they may prefer.

Dated May 22, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge