IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00265-REB-BNB

PAUL J. MCCALLISTER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant and Counterclaim Plaintiff,

v.

PAUL J. MCCALLISTER, and
MARK A. NICHOLS,

Counterclaim Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **United States' Motion to Remove Jeffrey S.
Swyers From Service List** [docket no. 42, filed June 13, 2006] (the "Motion").

       IT IS ORDERED that the Motion is GRANTED and Jeffrey S. Swyers is withdrawn from
the representation of defendant United States of America and is to be deleted from the electronic
notification service.

DATED:  June 14, 2006