**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00265-REB-BNB

PAUL J. MCCALLISTER,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, Judge**

    The parties filed a **Stipulation of Dismissal with Prejudice** [#46] on June 26, 2006.  After a careful review of the stipulation and the file, the court concludes that the stipulation should be approved and that the case should be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1.  That parties' Stipulation of Dismissal with Prejudice [#46] filed on June 26, 2006, **IS APPROVED**; and

    2.  That this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated: June 29, 2006.

                                                   **BY THE COURT:**

                                                 s/ Robert E. Blackburn
                                                 **Robert E. Blackburn
                                                 United States District Judge**